**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7954**

MINYARD CASS DAVIS,

                Plaintiff - Appellant,

          v.

SUPT. DAVID SIMONS; P. COX, Correctional Officer Employee of
HRRJ,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:15-cv-00175-RAJ-DEM)

Submitted:  June 23, 2016                Decided:  June 28, 2016

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Minyard Cass Davis, Appellant Pro Se.  Lisa Ehrich, Jeff W.
Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for
Appellee Supt. David Simons.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Minyard Cass Davis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Davis v. Simons, No. 2:15-cv-00175-RAJ-DEM (E.D. Va. signed Nov. 12, 2015; entered Nov. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED